ADAM WANG, Bar No. 201233
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorneys for Plaintiffs
Juan Gonzalez and Ricardo Mendoza

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ and RICARDO MENDOZA, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>DDR PARTNERS, INC. dba PACIFIC ATHLETIC CLUB, and DOES 1-10<br><br>Defendants | Case No.:<br><br>JURY DEMAND<br><br>C08 03814 PVT |

Plaintiffs demand a trial by jury for causes of action alleged in their Complaint.

Dated: August 8, 2008            By: /s/ ADAM WANG
                                    Attorney for Plaintiffs

**JURY DEMAND**
Gonzalez, et. al. v. DDR Partners, Inc. dba Pacific Athletic Club, et al

1        Case No.