ADAM WANG, State Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, California 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
waqw@sbcglobal.net

**Attorneys for Plaintiffs**
Juan Gonzalez and Ricardo Mendoza

ERIC MECKLEY, State Bar No. 168181
STEVEN K. GANOTIS, State Bar No. 234252
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94115
Tel: (415) 442-1000
Fax: (415) 442-1001
emeckley@morganlewis.com
sganotis@morganlewis.com

**Attorneys for Defendant**
DDR Partners, Inc.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ and RICARDO MENDOZA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DDR PARTNERS, INC. dba PACIFIC ATHLETIC CLUB and, DOES 1-10,<br><br>Defendants. | Case No. 5:08-cv-03814-JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE: December 8, 2008<br>TIME: 10:00 a.m.<br>COURT: 8, 4th Floor |

1  Plaintiffs Juan Gonzalez and Ricardo Mendoza ("Plaintiffs") and Defendant DDR Partners, Inc. ("Defendant" or "DDR") (together as the "Parties") jointly submit this Stipulation and [Proposed] Order to continue the date of the Case Management Conference, which is currently set for December 8, 2008.

1.  DDR has filed a motion to dismiss or quash based upon insufficient/improper service pursuant to Federal Rule of Civil Procedure 12(b)(5), which is set to be heard by this Court on January 12, 2009.

2.  The Parties agree that, unless and until the issue of service of process is resolved, it would be premature to address any substantive or procedural issues in this case.

3.  The Parties have met and conferred in preparation for the Case Management Conference and filed a Joint Case Management Statement on December 1, 2008. However, the majority of topics to be addressed in the Case Management Statement and at the Case Management Conference, including discovery, motion practice, case scheduling and trial setting, cannot be meaningfully discussed or resolved unless and until the issue of service is resolved. Conducting the Case Management Conference prior to the hearing on DDR's motion to dismiss or quash would be an inefficient use of the Court's and the Parties' time and resources and believe it is in the interests of the Court and the Parties to continue the Case Management Conference.

4.  In the interests of judicial economy and efficiency, the Parties seek a brief continuance of the Case Management Conference to a date that is convenient for the Court and is at least ten (10) days after the January 12, 2009, hearing on DDR's motion to dismiss or quash.

Dated: December 3, 2008                          LAW OFFICES OF ADAM WANG

                                                 _____/S/_____
                                                 ADAM WANG
                                                 Attorneys for Plaintiffs

Dated: December 3, 2008                          MORGAN LEWIS & BOCKIUS

                                                 _____/S/_____
                                                 ERIC MECKLEY
                                                 Attorneys for Defendant

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
03814 JW
-1-

1  PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

2        The Court finds good cause to accept the parties' Stipulation with the following

3  modification.  In light of the Court's unavailability, the Court continues the hearing on Defendant's

4  Motion currently set for January 12, 2009 to **January 16, 2009 at 9 a.m.**  The Court VACATES

5  the Case Management Conference currently set for December 8, 2008.  The Court will set a new

6  case management conference date in its Order addressing Defendant's Motion.

7

8  Dated:  December 4, 2008                                  _____

9                                                    JAMES WARE

10                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:08-cv-03814 JW