ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0268
adamqwang@gmail.com

Attorney for Plaintiff

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GONZALEZ and RICARDO MENDOZA, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>DDR PARTNERS, INC. dba PACIFIC ATHLETIC CLUB,  WESTERN ATHLETIC CLUBS, INC. dba PACIFIC ATHLETIC CLUB AND DOES 1-10<br><br>Defendants | Case No:  C 08-3814 JW<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

Plaintiffs respond to Court's Order to Show Cause why the Complaint should not be dismissed as to Western Athletic Clubs Inc. for failure to provide service pursuant to Fed. R. Civ. P. 4(m), dated April 23, 2009 as follows:

On August 11, 2008, Plaintiffs filed this action. naming only Defendant DDR Partners Inc. (Docket No. 1).

On April 6, 2009, Plaintiffs filed their First Amended Complaint ("FAC") pursuant to the Court's order dated March 25, 2009. Only in the FAC was Western Athletic Clubs Inc. named as a Defendant (Docket No. 32).

On April 17, 2009, an Amended Summons against all Defendants including Western Athletic Club Inc. was issued (Docket No. 38).

On April 24, 2009, the service on Western Athletic Clubs Inc. was effectuated (Docket No. 39).

Because Western Athletic Clubs Inc. was not named as a Defendant in this case until April 6, 2009, and the Summons against it was not issued until April 17, 2009, the service on Western Athletic Clubs Inc. on April 24, 2009 is well within the time period provided by FED. R. CIV. POR. 4(m).

Dated:  April 29, 2008                                                      By:  /s/ Adam Wang
                                                                                                 Adam Wang
                                                                                                 Attorney for Plaintiff


**\*\*\* ORDER \*\*\***

The Court finds Plaintiffs' Response to Order to Show Cause sufficient and thus VACATES the hearing on Order to Show Cause Re: Dismissal presently scheduled for May 18, 2009.

Dated:  May 13, 2009                    _____
                                                          JAMES WARE
                                                          United Stated District Judge

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE
Gonzalez, et al. v. DR Partners Inc. .
                                                                                    C08-3816 JW

1