1   ADAM WANG, State Bar No. 201233
    LAW OFFICES OF ADAM WANG
2   12 South First Street, Suite 708
    San Jose, California 95113
3   Tel: (408) 421-3403
    Fax: (408) 416-0248
4   adamqwang@gmail.com

5   **Attorneys for Plaintiffs**
    Juan Gonzalez and Ricardo Mendoza
6
    ERIC MECKLEY, State Bar No. 168181
7   STEVEN K. GANOTIS, State Bar No. 234252
    MORGAN, LEWIS & BOCKIUS LLP
8   One Market, Spear Street Tower
    San Francisco, California 94115
9   Tel: (415) 442-1000
    Fax: (415) 442-1001
10  emeckley@morganlewis.com
    sganotis@morganlewis.com
11
    **Attorneys for Defendant**
12  DDR Partners, Inc.

13              **UNITED STATES DISTRICT COURT**

14           **NORTHERN DISTRICT OF CALIFORNIA**

15                   **SAN JOSE DIVISION**

16

17  JUAN GONZALEZ and RICARDO         Case No.  C 08 03814 JW
    MENDOZA, individually, and on behalf
18  of all others similarly situated,     **STIPULATION AND [PROPOSED]**
                                          **ORDER TO EXTEND DEADLINE FOR**
19            Plaintiffs,                 **MEDIATION**

20       v.                               Civil Local Rule 7-12
                                          ADR Local Rule 6-5
21  DDR PARTNERS, INC. dba PACIFIC
    ATHLETIC CLUB; WESTERN
22  ATHLETIC CLUBS, INC. dba PACIFIC
    ATHLETIC CLUB and, DOES 1-10,
23
             Defendants.
24

25

26

27

28

STIPULATION TO EXTEND MEDIATION DEADLINE  Case No. C 08 03814 JW

1    Plaintiffs Juan Gonzalez and Ricardo Mendoza ("Plaintiffs") and Defendant DDR Partners,

2   Inc. ("DDR" or "Defendant") (together as the "Parties"), through their respective counsel, hereby

3   stipulate and agree to the following:

4       1.      The Parties have complied with the requirements of ADR L.R. 3-5 and participated

5   in an ADR Phone Conference with the Court's ADR office on December 5, 2008.

6       2.      On January 29, 2009, the Parties filed a stipulation to mediate through the Court's

7   ADR program.

8       3.      On February 6, 2009, the Court signed an order referring this matter to mediation.

9   The Order was not filed and entered in the Court's docket (and served via the ECF system) until

10  February 8, 2009. The Order stated, in part, "Deadline for ADR session - 90 days from date of

11  this order." Ninety (90) days following the February 8, 2009 filing date of the Order is Saturday,

12  May 9, 2009.

13      4.      On February 19, 2009, the Court appointed Andria Knapp as the mediator. Since

14  the date of that appointment, the Parties have communicated with Ms. Knapp via both letters and

15  e-mail and participated in a pre-mediation telephone conference with Ms. Knapp pursuant to ADR

16  Local Rule 6-6.

17      5.      Given the schedules of the Parties, their counsel and the mediator, as well as the

18  fact that Defendant was awaiting a ruling on its motion to dismiss and/or strike Plaintiffs'

19  Complaint and given the filing of Plaintiffs' First Amended Complaint by on April 6, the Parties

20  were and are unable to schedule their mediation to occur before the May 9, 2009 deadline. The

21  Parties also would have submitted this stipulation sooner, but believed that the mediator Ms.

22  Knapp had already requested an extension of the deadline through the Court's ADR office.

23      6.      The Parties and the mediator have all agreed upon Wednesday, May 27, 2009 as

24  the mediation date and are scheduled to begin the mediation on that date at 10 a.m. at the offices

25  of Defendant's counsel in San Francisco. Therefore, the Parties hereby stipulate to extend the

26  mediation deadline in this case from May 9, 2009 to May 27, 2009 (a period of 18 days) and

27  request that the Court approve this extension.

28  ///

1 | Dated: May 7, 2009                                    LAW OFFICES OF ADAM WANG

2

3                                                                    /S/
                                                          ADAM WANG
                                                          Attorneys for Plaintiffs
4

5 | Dated: May 7, 2009                                    MORGAN LEWIS & BOCKIUS

6

7                                                                    /S/
                                                          ERIC MECKLEY
8                                                         Attorneys for Defendants

9

10

11 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

12        The mediation in this matter shall be conducted on or before May 27, 2009.

13

14

15 | Dated:  May 12, 2009
                                                          UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28