1  ADAM WANG, State Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, California 95113
3  Tel: (408) 421-3403
   Fax: (408) 416-0248
4  adamqwang@gmail.com

5  **Attorneys for Plaintiffs**
   Juan Gonzalez and Ricardo Mendoza
6
   ERIC MECKLEY, State Bar No. 168181
7  STEVEN K. GANOTIS, State Bar No. 234252
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, California 94115
9  Tel: (415) 442-1000
   Fax: (415) 442-1001
10 emeckley@morganlewis.com
   sganotis@morganlewis.com
11
   **Attorneys for Defendants**
12 DDR Partners, Inc. and Western Athletic Club, Inc.

*IT IS SO ORDERED*
*Judge James Ware*

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 JUAN GONZALEZ and RICARDO              Case No. C 08 03814 JW
   MENDOZA, individually, and on behalf
18 of all others similarly situated,       **STIPULATION TO EXTEND DEADLINE
                                           FOR DEFENDANT WESTERN
19           Plaintiffs,                   ATHLETIC CLUB, INC.'S ANSWER TO
                                           FIRST AMENDED COMPLAINT**
20      v.
                                           Civil Local Rule 6-1(a)
21 DDR PARTNERS, INC. dba PACIFIC
   ATHLETIC CLUB; WESTERN
22 ATHLETIC CLUBS, INC. dba PACIFIC
   ATHLETIC CLUB and, DOES 1-10,
23
             Defendants.
24

25

26

27

28

STIPULATION TO EXTEND TIME FOR WESTERN ATHLETIC CLUB'S ANSWER   Case No. C 08 03814 JW

1   Pursuant to Civil Local Rule 6-1(a), Plaintiffs Juan Gonzalez and Ricardo Mendoza
2   ("Plaintiffs") and Defendants DDR Parterns, Inc. ("DDR") and Western Athletic Club, Inc.
3   ("WAC") (Plaintiffs and Defendants are referred to collectively as the "Parties"), through their
4   respective counsel, hereby stipulate and agree to the following:
5   1.   WAC was served with a summons and copy of the first amended complaint, in
6   which it was named as a defendant for the first time, on April 24, 2009.  Based upon the date of
7   service, WAC's deadline to file a responsive pleading is May 14, 2009.
8   2.   The Parties have agreed to mediate this action on May 27, 2009, before Court
9   appointed mediator Andria Knapp.
10   3.   In an effort to avoid unnecessary time and expense prior to mediation, the Parties
11   have agreed to extend the date by which WAC must file an answer to the first amended complaint
12   by three (3) weeks.  The new deadline will be June 4, 2009.  This change will not alter the date of
13   any event or any deadline already fixed by Court order.  This extension applies only to the
14   deadline for filing an answer.
15   4.   WAC represents that it will not file a motion to dismiss or otherwise respond to the
16   first amended complaint with any type of pleading other than an answer.  In the event that this
17   action is not resolved prior to the new deadline agreed upon by the Parties, WAC will file an
18   answer to the first amended complaint by no later than **June 4, 2009**.

Dated: May 12, 2009             LAW OFFICES OF ADAM WANG

                                _____/S/_____
                                ADAM WANG
                                Attorneys for Plaintiffs

Dated: May 12, 2009             MORGAN LEWIS & BOCKIUS

                                _____/s/_____
                                STEVEN K. GANOTIS
                                Attorneys for Defendants