| | |
|---|---|
| 1 | ADAM WANG, State Bar No. 201233<br>LAW OFFICES OF ADAM WANG |
| 2 | 12 South First Street, Suite 708<br>San Jose, California 95113 |
| 3 | Tel: (408) 421-3403<br>Fax: (408) 416-0248 |
| 4 | adamqwang@gmail.com |
| 5 | **Attorneys for Plaintiffs**<br>Juan Gonzalez and Ricardo Mendoza |
| 6 | |
| 7 | ERIC MECKLEY, State Bar No. 168181<br>STEVEN K. GANOTIS, State Bar No. 234252<br>MORGAN, LEWIS & BOCKIUS LLP |
| 8 | One Market, Spear Street Tower<br>San Francisco, California 94115 |
| 9 | Tel: (415) 442-1000<br>Fax: (415) 442-1001 |
| 10 | emeckley@morganlewis.com<br>sganotis@morganlewis.com |
| 11 | |
| 12 | **Attorneys for Defendants**<br>DDR Partners, Inc. and Western Athletic Club, Inc. |

*IT IS SO ORDERED*
*Judge James Ware*
6/10/2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUAN GONZALEZ and RICARDO MENDOZA, individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>       v.<br><br>DDR PARTNERS, INC. dba PACIFIC ATHLETIC CLUB; WESTERN ATHLETIC CLUBS, INC. dba PACIFIC ATHLETIC CLUB and, DOES 1-10,<br><br>             Defendants. | Case No. C 08 03814 JW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT WESTERN ATHLETIC CLUB, INC.'S ANSWER TO FIRST AMENDED COMPLAINT TO JULY 6, 2009**<br><br>Civil Local Rule 6-1(a) |

STIPULATION TO EXTEND TIME FOR WAC'S ANSWER TO JULY 6, 2009  Case No. C 08 03814 JW

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Juan Gonzalez and Ricardo Mendoza ("Plaintiffs") and Defendants DDR Parterns, Inc. ("DDR") and Western Athletic Club, Inc. ("WAC") (Plaintiffs and Defendants are referred to collectively as the "Parties"), through their respective counsel, hereby stipulate and agree to the following:

1. WAC's answer to the first amended complaint was originally due by May 14, 2009.

2. Because the Parties were preparing for mediation on May 27, 2009, the Parties agreed to extend the date by which WAC was required to file an answer to the first amended complaint by three (3) weeks.  As provided by the Parties' stipulation, which was filed on May 12, 2009, and signed by the Court on May 13, 2009, the new deadline for WAC to file an answer to the first amended complaint was June 4, 2009.

3. On May 27, 2009, the Parties reached a tentative agreement to resolve the action in its entirety.  The Parties are currently drafting documentation, including the settlement agreement and stipulation for dismissal.

4. In an effort to avoid unnecessary time and expense while finalizing the settlement and dismissal of this action, the Parties have agreed to further extend the date by which WAC must file an answer to the first amended complaint.  The new deadline will be **July 6, 2009**.  This change will not alter the date of any event or any deadline already fixed by Court order, other than the Parties' previously stipulated deadline for WAC's answer.

Dated: June 3, 2009                             LAW OFFICES OF ADAM WANG

                                                _/s/_____
                                                ADAM WANG
                                                Attorneys for Plaintiffs

Dated: June 3, 2009                             MORGAN LEWIS & BOCKIUS

                                                _/s/_____
                                                STEVEN K. GANOTIS
                                                Attorneys for Defendants