ADAM WANG, State Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, California  95113
Tel: (408) 421-3403
Fax: (408) 416-0248
adamqwang@gmail.com

**Attorneys for Plaintiffs**
Juan Gonzalez and Ricardo Mendoza

ERIC MECKLEY, State Bar No. 168181
STEVEN K. GANOTIS, State Bar No. 234252
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94115
Tel: (415) 442-1000
Fax: (415) 442-1001
emeckley@morganlewis.com
sganotis@morganlewis.com

**Attorneys for Defendants**
DDR Partners, Inc. and Western Athletic Club, Inc.

*IT IS SO ORDERED*
*Judge James Ware*
*7/10/2009*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JUAN GONZALEZ and RICARDO MENDOZA, individually, and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>DDR PARTNERS, INC. dba PACIFIC ATHLETIC CLUB; WESTERN ATHLETIC CLUBS, INC. dba PACIFIC ATHLETIC CLUB and, DOES 1-10,<br><br>         Defendants. | Case No.  C 08 03814 JW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT WESTERN ATHLETIC CLUB, INC.'S ANSWER TO FIRST AMENDED COMPLAINT TO AUGUST 5, 2009**<br><br>Civil Local Rule 6-1(a) |

STIPULATION TO EXTEND TIME FOR WAC'S ANSWER TO AUGUST 5, 2009   Case No. C 08 03814 JW

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Juan Gonzalez and Ricardo Mendoza ("Plaintiffs") and Defendants DDR Parterns, Inc. ("DDR") and Western Athletic Club, Inc. ("WAC") (Plaintiffs and Defendants are referred to collectively as the "Parties"), through their respective counsel, hereby stipulate and agree to the following:

1. WAC's answer to the first amended complaint was originally due by May 14, 2009.

2. Because the Parties were preparing for mediation on May 27, 2009, the Parties agreed to extend the date by which WAC was required to file an answer to the first amended complaint. The Parties' stipulation, which was filed on May 12, 2009, and signed by the Court on May 13, 2009, extended the deadline to June 4, 2009.

3. On May 27, 2009, the Parties attended a mediation and reached a tentative agreement to resolve the action in its entirety. While drafting the settlement agreement and stipulation for dismissal, the Parties filed a stipulation to extend the deadline for WAC to respond to the first amended complaint from June 4, 2009 to July 6, 2009, which the Court signed on June 10, 2009.

4. The Parties have completed drafting the settlement documents and one of the two plaintiffs has signed the agreement. However, the other plaintiff has not responded to various communications and correspondences, has not yet been able to sign the settlement agreement and will not be able to do so prior to July 6, 2009. Accordingly, to avoid unnecessary expenses, the Parties have agreed to further extend the date by which WAC must file an answer to the first amended complaint to **August 5, 2009**. This change will not alter the date of any event or any deadline already fixed by Court order, other than the previous deadline for WAC's answer.

Dated: July 1, 2009                                   LAW OFFICES OF ADAM WANG

                                                      /s/
                                                      ADAM WANG
                                                      Attorneys for Plaintiffs

Dated: July 1, 2009                                   MORGAN LEWIS & BOCKIUS

                                                      /s/
                                                      STEVEN K. GANOTIS
                                                      Attorneys for Defendants